# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., individually and as subrogee for its insured, Vaughn Kearbey dba Vaughn Kearbey, DDS,<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC., a Delaware corporation; and DOES 1 - 20, inclusive,<br><br>Defendants. | Case No. 2:19-CV-01760-WBS-DMC<br><br>**ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Court, having received the parties' Stipulation For Leave For Plaintiff Sentinel Insurance Company, Ltd. To File First Amended Complaint, and good cause appearing therefor:

IT IS HEREBY ORDERED that Plaintiff Sentinel Insurance Company, Ltd. may file its First Amended Complaint.

/ / /

/ / /

/ / /

1

ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

3558731v1

1    IT IS FURTHER ORDERED that Plaintiff has five (5) calendar days to file the First
2    Amended Complaint and that it shall be duly served in accordance with the provisions of Rule 5,
3    Fed. R. Civ. P.
4    IT IS SO ORDERED.

5    Dated:  July 21, 2020

6    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE