Valerie A. Moore (Bar No. 107359)
  vmoore@hbblaw.com
Kristian Moriarty (Bar No. 291557)
HAIGHT BROWN & BONESTEEL LLP
500 Capitol Mall, Suite 2150
Sacramento, California 95814
Telephone: 916.702.3200
Facsimile: 916.570.1947

Attorneys for Defendant
THE HOME DEPOT U.S.A., INC.
(erroneously sued herein as "The Home
Depot, Inc.") and NIAGARA
CONSERVATION CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., individually and as subrogee for its insured, Vaughn Kearbey dba Vaughn Kearbey, DDS,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation; and DOES 1 - 20, inclusive,<br><br>Defendants. | Case No. 19-CV-01760-WBS-DMC<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AS TO NON-EXPERT DISCOVERY DEADLINE ONLY AND ORDER THEREON**<br><br>Assigned for All Purposes to:<br>Hon. William B. Shubb<br><br>Action Filed:     August 8, 2019<br>Trial Date:       December 27, 2021 |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between the parties, Plaintiff, Sentinel Insurance Company, Ltd. ("Plaintiff"), and Defendant The Home Depot U.S.A., Inc. ("Defendant"), by and through their attorneys of record, as follows:

WHEREAS good cause exists for granting this Stipulation to Modify the Scheduling Order previously entered by this Court to Continue Non-Expert Discovery Deadline Date only:

AL09-0000017
13720429.1                                   1

Case No. 19-CV-01760-WBS-DMC
JOINT STIPULATION TO MODIFY
SCHEDULING ORDER AS TO NON-EXPERT
DISCOVERY DEADLINE ONLY

1. The Modified Scheduling Order, entered August 3, 2020, sets forth the deadline for completion of non-expert discovery as April 2, 2021. (08/03/2021 Dkt. Entry.)

2. Discovery is ongoing. Depositions have not been taken yet but are in the process of being scheduled in the next few weeks. Plaintiff and Defendants have served one set of discovery requests, to which all parties have responded. The current deadline for completion of non-expert discovery is April 2, 2021.

3. At present, the parties and the Court continue to face the unprecedented and ongoing COVID-19 pandemic with hopes that it will continue to improve with the availability of vaccines and continued compliance with health and government directives.

4. Despite the limited re-openings across the state, the parties are still concerned with the wellbeing of all witnesses, counsel, court reporters, and staff that would need to participate in any depositions, inspections, or potential mediations, and are currently in the process of substantially limiting interactions with an eye towards public health.

5. Parties remain optimistic that after further ongoing discovery and investigation, the case can be resolved through mediation and if need be, will work to create contingency plans for possible telephonic depositions and/or mediation once the remaining discovery can be completed.

6. Parties met and conferred and agreed to stipulate to continue the present Non-Expert Discovery Deadline date in anticipation of the need to continue in their discovery efforts, make any special provisions to complete discovery given the ongoing pandemic, and hopefully conduct a meaningful mediation.

7. The current Non-Expert Discovery deadline is April 2, 2021;

8. The current Expert Disclosure/Exchange of Report deadlines are as follows:
   a. Plaintiff: June 11, 2021;
   b. Defendant: July 16, 2021;
   c. Rebuttal: August 31, 2021;

AL09-0000017
13720429.1

2

Case No. 19-CV-01760-WBS-DMC
JOINT STIPULATION TO MODIFY
SCHEDULING ORDER AS TO NON-EXPERT
DISCOVERY DEADLINE ONLY

9. The current Pre-Trial Conference is October 25, 2021, 1:30 p.m.;

10. The current Jury Trial is December 28, 2021, at 9:00 a.m.

11. The new cut-off date for non-expert discovery the above-referenced is sought to allow all parties to conduct the necessary remaining fact and expert discovery and engage in a meaningful mediation prior to trial;

12. There has been one (1) prior request for continuance in this matter.

IT IS THEREFORE STIPULATED AND AGREED by and between the parties that the following proposed schedule govern the non-expert deadlines:

| Type of Appearance | Current Stipulated Schedule | Stipulated Proposed Case Management Schedule |
|---|---|---|
| Non-Expert discovery cut-off | April 2, 2021 | June 2, 2021 |

Dated: April 15, 2021          HAIGHT BROWN & BONESTEEL LLP


By:    /s/ Valerie A. Moore
    Valerie A. Moore
    Attorneys for Defendant
    THE HOME DEPOT U.S.A., INC.
    (erroneously sued herein as "The Home Depot, Inc.") and NIAGARA CONSERVATION CORPORATION

Dated: April 15, 2021          BAUMAN LOEWE WITT & MAXWELL, PLLC


By:    /s/ Matthew E. Delinko
    Matthew E. Delinko
    Attorneys for Plaintiff
    SENTINEL INSURANCE COMPANY, LTD.

AL09-0000017
13720429.1

3

Case No. 19-CV-01760-WBS-DMC
JOINT STIPULATION TO MODIFY
SCHEDULING ORDER AS TO NON-EXPERT
DISCOVERY DEADLINE ONLY

# ORDER

The Court having considered the foregoing stipulation and good cause appearing,

IT IS HEREBY ORDERED that:

1. Non-expert discovery cut-off is reset for **JUNE 2, 2021**

**IT IS SO ORDERED.**

Dated: May 6, 2021



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

AL09-0000017
13720429.1

1

Case No. 19-CV-01760-WBS-DMC
JOINT STIPULATION TO MODIFY
SCHEDULING ORDER AS TO NON-EXPERT
DISCOVERY DEADLINE ONLY

1 **PROOF OF SERVICE**

2 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3 *Sentinel Insurance Company v. The Home Depot, Inc.*
Case No. 19-cv-01760-WBS-DMC

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Forty-Fifth Floor, Los Angeles, CA 90071.

On April 15, 2021, I served true copies of the following document(s) described as:

**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AS TO NON-EXPERT DISCOVERY DEADLINE ONLY**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 15, 2021, at Los Angeles, California.

*Paula M. Johnson*
Paula M. Johnson

AL09-0000017
13720429.1

1

Case No. 19-CV-01760-WBS-DMC
JOINT STIPULATION TO MODIFY
SCHEDULING ORDER AS TO NON-EXPERT
DISCOVERY DEADLINE ONLY

| | |
|---|---|
| 1 2 | **SERVICE LIST**<br>*Sentinel Insurance Company v. The Home Depot, Inc.*<br>**Case No. 19-cv-01760-WBS-DMC** |

| | |
|---|---|
| Patrick Y. Howell<br>Matthew E. Delinko<br>BAUMAN LOEWE WITT<br>& MAXWELL, PLLC<br>8765 East Bell Road, Suite 210<br>Scottsdale, Arizona 85260 | Telephone: 480.502.4664<br>Facsimile: 480.502.4774<br>E-mails: phowell@blwmlawfirm.com<br><br>niclelinko@blwinlawfunn.com<br><br>Attorneys for Plaintiff,<br>SENTINEL INSURANCE COMPANY, LTD. |

Haight

AL09-0000017
13720429.1

2

Case No. 19-CV-01760-WBS-DMC
JOINT STIPULATION TO MODIFY
SCHEDULING ORDER AS TO NON-EXPERT
DISCOVERY DEADLINE ONLY