Matthew E. Delinko, SBN 302832
**BAUMAN LOEWE WITT**
**& MAXWELL, PLLC**
8765 East Bell Road, Suite 210
Scottsdale, Arizona 85260
Telephone: (480) 502-4664
Facsimile: (480) 502-4774
E-mails: mdelinko@blwmlawfirm.com

*Attorneys for Plaintiff Sentinel Insurance Company, Ltd.*

Valerie A. Moore (Bar No. 107359)
vmoore@hbblaw.com
Kristian Moriarty (Bar No. 291557)
kmoriarty@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
500 Capitol Mall, Suite 2150
Sacramento, California 95814
Telephone: 916.702.3200
Facsimile: 916.570.1947

*Attorneys for Defendant THE HOME DEPOT U.S.A., INC. (erroneously sued herein as "The Home Depot, Inc.") and NIAGARA CONSERVATION CORPORATION*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., individually and as subrogee for its insured, Vaughn Kearbey dba Vaughn Kearbey, DDS,<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC., a Delaware corporation; NIAGARA CONSERVATION CORP., a New Jersey corporation; and DOES 1 - 20, inclusive,<br><br>Defendants. | Case No. 2:19-CV-01760-WBS-DMC<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER THEREON** |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between the parties, Plaintiff, Sentinel Insurance Company, Ltd. ("Plaintiff"), and Defendants The Home Depot U.S.A., Inc. and Niagara

Conservation Corp. ("Defendants") (collectively the "Parties"), by and through their attorneys of record, as follows:

WHEREAS good cause exists for granting this Stipulation to Modify the Scheduling Order previously entered by this Court, as discussed below:

1. Discovery is ongoing. Plaintiff and Defendant Niagara Conservation Corp. had a discovery dispute, which has been resolved. This dispute, along with the time that elapsed to provide supplemental discovery responses and documents, delayed the scheduling of depositions. The current deadline to complete non-expert discovery is June 2, 2021.

2. At present, the parties and the Court continue to face the unprecedented and ongoing COVID-19 pandemic with hopes that it will continue to improve with the availability of vaccines and continued compliance with health and government directives. The current Non-Expert Discovery deadline is June 2, 2021.

3. Despite the limited re-openings across the state, the parties are still concerned with the wellbeing of all witnesses, counsel, court reporters, and staff that would need to participate in any depositions, inspections, or potential mediations, and are currently in the process of substantially limiting interactions with an eye towards public health.

4. The Parties have met and conferred and agreed to stipulate to continue the present Non-Expert Discovery deadline, along with the Expert Disclosure deadlines, for a period of approximately six weeks, in order allow Defendants to inspect the subject toilet and fill valve at issue, to continue to complete the necessary discovery given the ongoing pandemic, and to have informal settlement discussions and/or participate in a mediation, if necessary.

5. The current Expert Disclosure/Exchange of Report deadlines are as follows:
   a. Plaintiff: June 11, 2021
   b. Defendant: July 16, 2021
   c. Rebuttal: August 31, 2021

6. The current Pre-Trial Conference is scheduled for October 25, 2021 at 1:30 p.m.

7. The current Jury Trial is scheduled for December 28, 2021 at 9:00 a.m.

8. The new dates are sought to allow Defendants to inspect the subject toilet and fill valve at issue, and to attempt to resolve the case, as well as provide time to complete the necessary remaining fact and expert discovery, if necessary.

9. The Parties remain optimistic that after the inspection of the subject toilet and fill valve at issue and some further discovery, the case can be resolved through informal settlement discussions and/or mediation.

10. There has been one (1) prior request for continuance in this matter.

IT IS THEREFORE STIPULATED AND AGREED by and between the parties that the following proposed schedule govern the deadlines and trial date in this matter:

| Type of Appearance | Current Stipulated Schedule | Stipulated Proposed Case Management Schedule |
|---|---|---|
| Non-Expert Discovery cut-off | June 2, 2021 | July 14, 2021 |
| Plaintiff's Expert Disclosure | June 11, 2021 | July 23, 2021 |
| Defendants' Expert Disclosure | July 16, 2021 | August 27, 2021 |
| Rebuttal Expert Disclosure | August 31, 2021 | September 24, 2021 |

DATED: May 21, 2021.  BAUMAN LOEWE WITT & MAXWELL, PLLC

By: */s/ Matthew E. Delinko*
Matthew E. Delinko
*Attorneys for Plaintiff Sentinel Insurance Company, Ltd.*

DATED: May 21, 2021.  HAIGHT BROWN & BONESTEEL, LLP

By: */s/ Kristian Moriarty (with permission)*
Valerie A. Moore
Kristian Moriarty
*Attorneys for Defendants The Home Depot Inc. and Niagara Conservation, Corp.*

**ORDER**

The Court having considered the foregoing stipulation and good cause appearing,

IT IS HEREBY ORDERED that:

1. Non-expert discovery cut-off is continued to **July 14, 2021**.
2. Plaintiff's expert disclosure deadline is continued to **July 23, 2021**.
3. Defendants' expert disclosure deadline is continued to **August 27, 2021**.
4. The rebuttal expert disclosure deadline is continued to **September 24, 2021**.

**IT IS SO ORDERED.**

Dated: May 21, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2021, I electronically transmitted the foregoing document, **JOINT STIPULATION TO MODIFY SCHEDULING ORDER AND ORDER THEREON,** to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel identified on the Court-Generated Notice of Electronic Filing for this matter as indicated below:

Valerie A. Moore
Kristian Moriarty
HAIGHT BROWN & BONESTEEL, LLP
555 S. Flower Street, 45th Floor
Los Angeles, CA  90017
Telephone:  (916) 702-3200
Facsimile:   (916) 570-1947
Email:  vmoore@hbblaw.com
           kmoriarty@hbblaw.com
   *Attorneys for Defendants The Home Depot Inc. and Niagara Conservation, Corp.*

/s/ Christine Coito
Christine Coito