Matthew Delinko (Bar No. 302832)
Bauman Loewe Witt & Maxwell, PLLC
8765 East Bell Road, Suite 210
Scottsdale, Arizona 85260
Telephone: (480) 502-4664
Facsimile: (480) 502-4774
e-mail mdelinko@blwmlawfirm.com

Attorneys for Plaintiff Sentinel Insurance Company

Kristian Moriarty (Bar No. 291557)
 *kmoriarty@hbblaw.com*
HAIGHT BROWN & BONESTEEL LLP
500 Capitol Mall, Suite 2150
Sacramento, California 95814
Telephone:  916.702.3200
Facsimile:   916.570.1947

Attorneys for Defendant
THE HOME DEPOT U.S.A., INC.
(erroneously sued herein as "The Home Depot, Inc.") and NIAGARA CONSERVATION CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., individually and as subrogee for its insured, Vaughn Kearbey dba Vaughn Kearbey, DDS,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation; and DOES 1 - 20, inclusive,<br><br>Defendants. | Case No. 19-CV-01760-WBS-DMC<br><br>**AMENDED JOINT STIPULATION TO MODIFY SCHEDULING ORDER AS TO NON-EXPERT DISCOVERY DEADLINE, AND EXPERT DISCOVERY DEADLINES ONLY AND ORDER THEREON**<br><br>Assigned for All Purposes to:<br>Hon. William B. Shubb<br><br>Action Filed:      August 8, 2019<br>Trial Date:        December 27, 2021 |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between the parties, Plaintiff, Sentinel Insurance Company, Ltd. ("Plaintiff"), and Defendants, The Home Depot U.S.A., Inc. and

AL09-0000017
13839655.1

1

Case No. 19-CV-01760-WBS-DMC
AMENDED JOINT STIPULATION TO MODIFY SCHEDULING
ORDER AS TO NON-EXPERT DISCOVERY DEADLINE, AND
EXPERT DISCOVERY DEADLINES ONLY AND  ORDER THEREON

1  Niagara Conservation Corporation ("Defendants"), by and through their attorneys of
2  record, as follows:
3      WHEREAS good cause exists for granting this Stipulation to Modify the
4  Scheduling Order previously entered by this Court to Continue the Non-Expert Discovery,
5  and expert discovery deadlines only:
6      1.    The Modified Scheduling Order, entered May 21, 2021, sets for the deadline
7  for completion of non-expert discovery as July 14, 2021, the due date for Plaintiff's expert
8  disclosure as July 23, 2021, the deadline for Defendant's expert disclosure as August 27,
9  2021, and the rebuttal expert disclosure deadline as September 24, 2021. (5/24/2021 Dkt.
10 Entry No. 28.)
11      2.    Discovery is ongoing. Depositions have not been taken but the parties are
12 working to arrange necessary percipient witness depositions, while they endeavor to
13 resolve the case through settlement negotiations. Plaintiff and Defendants have each
14 served one set of discovery requests, to which all parties have responded. The current
15 deadline for completion of non-expert discovery is July 14, 2021.
16      3.    At present, the parties and the Court continue to face the unprecedented and
17 ongoing COVID-19 pandemic with hopes that it will continue to improve with the
18 availability of vaccines and continued compliance with health and government directives.
19      4.    Despite the limited re-openings across the state, the parties are still
20 concerned with the wellbeing of all witnesses, counsel, court reporters, and staff that
21 would need to participate in any depositions, inspections, or potential mediations, and are
22 currently in the process of substantially limiting interactions with an eye towards public
23 health.
24      5.    Parties remain optimistic that after further ongoing discovery and
25 investigation, the case can be resolved through mediation and if need be, will work to
26 create contingency plans for possible telephonic depositions and/or mediation once the
27 parties have exhausted settlement efforts
28

AL09-0000017
13839655.1

2

Case No. 19-CV-01760-WBS-DMC
AMENDED JOINT STIPULATION TO MODIFY SCHEDULING
ORDER AS TO NON-EXPERT DISCOVERY DEADLINE, AND
EXPERT DISCOVERY DEADLINES ONLY AND ORDER THEREON

Haight

6. The Parties met and conferred and agreed to stipulate to continue the present Non-Expert Discovery Deadline, and expert discovery deadlines, in anticipation of the need to continue in their discovery efforts, make any special provisions to complete discovery given the ongoing pandemic, and hopefully resolve the case informally or through mediation.

7. The current Non-Expert Discovery deadline is July 14, 2021;

8. The current Expert Disclosure/Exchange of Report deadlines are as follows:
   a. Plaintiff: July 23, 2021;
   b. Defendant: August 27, 2021;
   c. Rebuttal: September 24, 2021;

9. The current Pre-Trial Conference is October 25, 2021, 1:30 p.m.;

10. The current Jury Trial is December 28, 2021, at 9:00 a.m.

11. The new cut-off date for non-expert discovery the above-referenced is sought to allow all parties time to exhaust their efforts to resolve the case by settlement through informal discussion or mediation, and conduct the necessary remaining fact and expert discovery prior to trial;

12. There have been two (2) prior requests for continuances of scheduling order dates in this matter; however, the parties do not believe a continuance of the present rial date is necessary at this time.

13. Since the last request, counsel for Defendants arranged for its expert witness to travel to Sacramento in order to perform an inspection of the toilet that forms the subject of the litigation, perform such inspection, and confer with counsel for defendants regarding same. That was accomplished on June 24, 2021.

14. The parties are now endeavoring to negotiate a resolution of this action by informal settlement and, if necessary, private mediation.

///

AL09-0000017
13839655.1

3

Case No. 19-CV-01760-WBS-DMC
AMENDED JOINT STIPULATION TO MODIFY SCHEDULING ORDER AS TO NON-EXPERT DISCOVERY DEADLINE, AND EXPERT DISCOVERY DEADLINES ONLY AND ORDER THEREON

1     IT IS THEREFORE STIPULATED AND AGREED by and between the parties

2 that the following proposed schedule govern the non-expert discovery deadline, and the

3 expert discovery deadlines imposed for this case:

| Type of Appearance | Current Stipulated Schedule | Stipulated Proposed Case Management Schedule |
|---|---|---|
| Non-Expert discovery cut-off | July 14, 2021 | August 27, 2021 |
| Plaintiff's Expert Disclosure | July 23, 2021 | August 27, 2021 |
| Defendants' Expert Disclosure | August 27, 2021 | September 24, 2021 |
| Rebuttal Expert Disclosure | September 24, 2021 | October 1, 2021 |

Dated: July 16, 2021     HAIGHT BROWN & BONESTEEL LLP


By:  /s/ Kristian B. Moriarty
     Valerie A. Moore
     Attorneys for Defendant
     THE HOME DEPOT U.S.A., INC. (erroneously sued herein as "The Home Depot, Inc.") and NIAGARA CONSERVATION CORPORATION

Dated: July 16, 2021     BAUMAN LOEWE WITT & MAXWELL, PLLC


By:  /s/ Matthew E. Delinko
     Matthew E. Delinko
     Attorneys for Plaintiff
     SENTINEL INSURANCE COMPANY, LTD.

AL09-0000017
13839655.1                              4

Case No. 19-CV-01760-WBS-DMC
AMENDED JOINT STIPULATION TO MODIFY SCHEDULING ORDER AS TO NON-EXPERT DISCOVERY DEADLINE, AND EXPERT DISCOVERY DEADLINES ONLY AND ORDER THEREON

## ORDER

The Court having considered the foregoing stipulation and good cause appearing,

IT IS HEREBY ORDERED that:

1. Non-Expert discovery cut-off is reset for August 27, 2021.
2. Plaintiff's Expert Disclosure is reset for August 27, 2021.
3. Defendants' Expert Disclosure is reset for September 24, 2021.
4. Rebuttal Expert Disclosure is reset for October 1, 2021.

IT IS SO ORDERED.

Dated: July 16, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

AL09-0000017
13839655.1

Case No. 19-CV-01760-WBS-DMC
JOINT STIPULATION TO MODIFY SCHEDULING ORDER AS TO NON-EXPERT DISCOVERY DEADLINE, AND EXPERT DISCOVERY DEADLINES ONLY AND [PROPOSED] ORDER THEREON