Kristian Moriarty (Bar No. 291557)
 kmoriarty@hbblaw.com
HAIGHT BROWN & BONESTEEL LLP
500 Capitol Mall, Suite 2150
Sacramento, California 95814
Telephone: 916.702.3200
Facsimile:  916.570.1947

Attorneys for Defendants
THE HOME DEPOT U.S.A., INC.
(erroneously sued herein as "The Home
Depot, Inc.") and NIAGARA
CONSERVATION CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD., individually and as subrogee for its insured, Vaughn Kearbey dba Vaughn Kearbey, DDS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE HOME DEPOT, INC., a Delaware corporation; and DOES 1 - 20, inclusive,<br><br>　　　　　　Defendants. | Case No. 19-CV-01760-WBS-DMC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the filed stipulation between Plaintiff Sentinel Insurance Company, Ltd., and Defendants The Home Depot U.S.A., Inc. and Niagara Conservation Corporation, the above-captioned action is hereby dismissed, with prejudice, in its entirety. Each party is to bear its own costs.

IT IS SO ORDERED.

Dated: September 17, 2021

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE